UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRINNECAS DUGAR,

    Plaintiff,

v.                                            Case No: 8:19-cv-2733-T-30TGW

WLCC LENDING FDL,

    Defendant.
_____

## ORDER TO SHOW CAUSE

This cause comes before the Court *sua sponte*. A review of the file reveals that this case is not being diligently prosecuted as to the remaining defendant in this matter, WLCC Lending FDL.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff shall **SHOW CAUSE**, **in writing, within 14 days of the date of this Order**, why this action should not be dismissed for failure to comply with Local Rule 1.07(b) which states in part:

> . . . the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), Fed.R.Civ.P., and shall then proceed *without delay* to apply for a judgment pursuant to Rule 55(b), Fed.R.Civ.P. . .

**Failure to establish satisfactory cause shall result in this action being dismissed without further notice for failure to comply with Local Rule 1.07(b).**

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of January, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record